Case: 1:13-cv-00111-SO Doc #: 1-2 Filed: 01/16/13 1 of 2. PageID #: 20

 



 



- **for dogs + puppies**
  - accessories
  - auto feeding + watering
  - **basic feeding + watering**
  - bedding
  - collars + leashes
  - gravity feeding + watering
  - houses
  - kennels + carriers
  - toys
  - treats + chews
- for cats + kittens
- for birds

order replacement parts

my wish list
special shopping lists
warranty info



**CLICK THUMBNAILS TO ENLARGE**



### basic feeding + watering

**easy reach diner**

 

Take pet dining to a new level with the Easy Reach Diner elevated feeder and waterer! Tall dogs will benefit eating and drinking from elevated bowls, which prevent stooping and associated discomfort. With removable stainless steel bowls for easy cleaning and anti-rattle bumpers for bowl noise reduction, the Easy Reach Diner is a win for pets and pet owners.

**Dimensions:** 28.3 X 13.6 X 14.5

**Petmate does not sell directly to the public, nor do we sell online through this Web site. We encourage you to print out your "wish list" of products, visit your local pet store and ask for Petmate by name!**

  

SHARE:   

### love this product? SHOW LESS

If your pet loves this product, we want to hear about it! You can even upload a photo below!

Name *

Email *

Website

Testimonial





Case: 1:13-cv-00111-SO  Doc #: 1-2  Filed:  01/16/13  2 of 2.  PageID #: 21

Upload an Image (Max: 2MB)    no file selected



### related tags

dog, feeding

---

### petmate products
order replacement parts
my wish list
special shopping lists
warranty info

### our other brands
WETNoZ
booda dogs
booda cats
fatcat

### pet help
tips from the expert
links + resources
cool pet news
common Q + A

### contact info
contact us
career info

### retailers + distributors

© 2013 Doskocil Manufacturing Company, Inc. dba Petmate

Terms and Conditions | Privacy Policy