IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| OURPET'S COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:13-cv-00111 |
| | ) | |
| v. | ) | Judge Solomon Oliver, Jr. |
| | ) | |
| PETMATE | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED and AGREED by and between Plaintiff, OurPet's Company and Defendant, Doskocil Manufacturing Company, Inc. d/b/a Petmate through their respective duly authorized counsel, that the within action be and hereby is **DISMISSED WITH PREJUDICE**.

Each side will bear its own costs and fees.

/s/ David A. Welling
David A. Welling, Esq.
Choken Welling, LLP
3020 West Market Street
Akron, OH 44333
Telephone: 330-865-4949
Facsimile: 330-865-3777
davidw@choken-welling.com

/s/ Mark A. Willard
Mark A. Willard, Esq.
Eckert, Seamans, Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Telephone: 412-566-6000
Facsimile: 412-566-6099

/s/ John D. Gugliotta
John D. Gugliotta, Esq.
Patent, Copyright & Trademark Law Group
3020 W. Market Street
Akron, OH 44333
Telephone: 330-253-2225
Facsimile: 330-659-5855
*Counsel for Plaintiff, OurPet's Company*

/s/ Addisah Sherwood
Addisah Sherwood, Esq.
Calfee, Halter & Griswold LLP
The Calfee Building
1405 East Sixth Street
Cleveland, OH 44114
Telephone: 216-622-8245
Facsimile: 216-241-0816
*Counsel for Defendant, Doskocil Manufacturing Company, Inc. d/b/a Petmate*